JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZHENSHAN FU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. CV 20-11636 CAS (JEMx) <br><br> JUDGMENT <br><br> Hearing Date:  December 6, 2021 <br> Time: 10:00 a.m. <br> Place: Courtroom 8B First Street Courthouse or remote means <br><br> Honorable Christina A. Snyder |

The cross-motions for Summary Judgment of the Plaintiffs and the Federal Defendants, and the parties' respective oppositions thereto, came before the Court on December 6, 2021.  The Court, having considered the pleadings and arguments of the parties, and the Certified Administrative Record before United States Citizenship and Immigration Services ("USCIS"), hereby GRANTS Defendants' motion and DENIES Plaintiffs' motion.

The Court finds that Plaintiff Zhenshan Fu, and his petitioning employer, Mediatek International, Inc., a California corporation, failed to establish that USCIS' denial of Mediatek's petition for an extension of Plaintiff's L-1A status was arbitrary, capricious or contrary to law or otherwise in violation of the Administrative Procedure

 ///

1  Act, 5 U.S.C. § 706(2).  Furthermore, the Court finds that the Certified Administrative
2  Record does not compel a result different from that of USCIS in this matter.  IT IS SO
3  ORDERED AND ADJUDGED.
4
5  Dated:  December 7, 2021
6  *Christina A. Snyder*
7  HON. CHRISTINA A. SNYDER
   UNITED STATES DISTRICT JUDGE